UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BIANCA R. PAPAPIETRO,

        Plaintiff,

v.

SMURTI CORPORATION, MANOJ G.
BAROT, AND RAHUL PATEL,

        Defendants.

CIVIL ACTION NO.
1:15-CV-0652-ODE

JUDGMENT IN A CIVIL CASE

This action came before the Court for trial by a jury. The issues have been tried and heard and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Plaintiff, BIANCA R. PAPAPIETRO, recover from Defendants, SMURTI CORPORATION, MANOJ G. BAROT, and RAHUL PATEL, the amount of THREE HUNDRED FORTY NINE DOLLARS AND 24/100 ($349.24) in overtime pay, THREE HUNDRED TWELVE AND NO/100 ($312.00) DOLLARS in damages for time of suspension, and THREE THOUSAND SEVEN HUNDRED EIGHTY ONE AND 24/100 ($3,781.24) DOLLARS in retaliation damages, and liquidated damages, costs to be taxed to Defendants.

FEBRUARY 1, 2017

JAMES N. HATTEN, CLERK
By:


/s/ Lynn Beck
Deputy Clerk