# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BIANCA R. PAPAPIETRO,

    Plaintiff,

    vs.

SMURTI CORPORATION, MANOJ
G. BAROT and RAHUL PATEL,

    Defendants.

Civil Action File No.

1:15-cv-00652-ODE

## LR 26.3 Certificate of Serving Discovery
## and
## Certificate of Service

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **1) Plaintiff's First Post-Judgment Interrogatories to Defendant Smurti Corporation, 2) Plaintiff's First Post-Judgment Interrogatories to Defendant Manoj G. Barot, 3) Plaintiff's First Post-Judgment Interrogatories to Defendant Rahul Patel, 4) Plaintiff's First Post-Judgment Request for Production to Defendant Smurti Corporation, 5) Plaintiff's First Post-Judgment Request for Production to Defendant Manoj G. Barot, and 6) Plaintiff's First Post-Judgment Request for Production to Defendant Rahul Patel** by First Class U.S. Certified Mail, Return Receipt Requested with sufficient postage thereon to the following:

Catherine Gibson McCauley
The Gibson Law Firm, LLC
1708 Briarcliff Road, NE
Atlanta, GA 30306

And via e-mail to cgibson@thegibsonlawfirm.com

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

Respectfully submitted,

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

Counsel for Plaintiff