DC 11
Rev. 7/82

# WRIT OF EXECUTION

**United States District Court**

DISTRICT

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $200.00 in liquidated damages | and | One Hundred Twenty One Thousand Nine Hundred Sixty One Dollars and Forty Cents ($121,961.40) in attorneys fees and costs |

in the United States District Court for the _____ District of _____ ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

SMURTI CORPORATION, MANOJ G. BAROT, and RAHUL PATEL

and also the costs that may accrue under this writ.
   And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable _____ Orinda D. Evans _____
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|