# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BIANCA R. PAPAPIETRO, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No: |
| ) | 1:15-CV-0652-ODE |
| vs. ) | |
| ) | |
| SMURTI CORPORATION, MANOJ ) | |
| G. BAROT and RAHUL PATEL, ) | |
| ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

Plaintiff Bianca R. Papapietro shows that Defendants have satisfied the Judgment [Dkt. 93] in the instant case through its tender of the sums due thereunder.

Respectfully submitted,

                                                  DELONG, CALDWELL, BRIDGERS
                                                FITZPATRICK & BENJAMIN, LLC

                                                *s/ Kevin D. Fitzpatrick, Jr.*
                                                Kevin D. Fitzpatrick, Jr.
                                                Georgia Bar No. 262375
                                                Charles R. Bridgers
                                                Georgia Bar No. 080791

3100 Centennial Tower
101 Marietta Street, N.W.                  COUNSEL FOR PLAINTIFF
Atlanta, GA 30303-2720
(404) 979-3150

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BIANCA R. PAPAPIETRO,** ) | |
| ) | |
| Plaintiff, ) | **Civil Action File No:** |
| ) | **1:15-CV-0652-ODE** |
| vs. ) | |
| ) | |
| **SMURTI CORPORATION, MANOJ** ) | |
| **G. BAROT and RAHUL PATEL,** ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the date shown above, he filed the within and foregoing **Satisfaction of Judgment** using the CM/ECF system, which will automatically send notification to all counsel of record.

Respectfully submitted,

                                            **DELONG, CALDWELL, BRIDGERS**
                                            **FITZPATRICK & BENJAMIN, LLC**

                                            *s/ Kevin D. Fitzpatrick, Jr.*
                                            Kevin D. Fitzpatrick, Jr.
                                            Georgia Bar No. 262375

3100 Centennial Tower
101 Marietta Street, N.W.         COUNSEL FOR PLAINTIFF
Atlanta, GA  30303-2720
(404) 979-3150
kevin.fitzpatrick@dcbflegal.com